UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-05-450 DFL |
| Plaintiff, | |
| v. | |
| DARNELL ZENO, | |
| Defendant. / | <u>RELATED CASE ORDER</u> |
| UNITED STATES OF AMERICA, | CR. No. S-05-451 FCD |
| Plaintiff, | |
| v. | |
| CEDRICK DINKINS, | |
| Defendants. / | |

Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123, (E.D. Cal. 2005).

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are

1 | assigned to the same judge; no consolidation of the actions is
2 | effected.  Under the regular practice of this court, related
3 | cases are generally assigned to the judge to whom the first
4 | filed action was assigned.
5 |    IT IS THEREFORE ORDERED that the action denominated
6 | CR. NO. S-05-451 FCD is reassigned to Judge David F. Levi for
7 | all further proceedings.  Henceforth the caption on all
8 | documents filed in the reassigned case shall be shown as
9 | CR. NO. S-05-451 DFL.
10 |    IT IS FURTHER ORDERED that the Clerk of the Court make
11 | appropriate adjustment in the assignment of criminal cases to
12 | compensate for this reassignment.
13 | DATED: 12/2/2005

_____
DAVID F. LEVI
United States District Judge