1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751                **OK/HAV**

5

6
            IN THE UNITED STATES DISTRICT COURT
7
          FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,    )   CASE NO. CR S-05-0451 DFL
10                              )
              Plaintiff,        )   STIPULATION AND PROPOSED ORDER
11                              )
        v.                      )
12                              )
   CEDRICK DINKINS,             )
13                              )
              Defendant.        )
14 _____)

15      Plaintiff, United States of America, by its counsel,

16 Assistant United States Attorney Jason Hitt, and defendant

17 Cedrick Dinkins, by his counsel Michael Bigelow, stipulate and

18 agree that the status conference currently set for January 12,

19 2006, at 10:00 a.m. should be continued to February 16, 2006, at

20 10:00 a.m.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  The requested continuance is based upon the need of defense
2  counsel to review discovery and a recently-received draft plea
3  agreement in this case.  The parties further stipulate that the
4  period between January 12, 2006, and February 16, 2006, should be
5  excluded from computation of the time for commencement of trial
6  under the Speedy Trial Act, based upon the interests of justice
7  under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow
8  continuity of counsel and reasonable time necessary for effective
9  defense preparation.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: January 11, 2006    By:  /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

DATED: January 11, 2006    By:  /s/Jason Hitt
                                Telephonically authorized to
                                sign for Mr. Bigelow on 1-10-06
                                MICHAEL BIGELOW
                                Attorney for DINKINS

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for January 12, 2006, at 10:00 A.M., is continued to February 16, 2006, at 10:00 A.M.;

2. Based upon the representations and stipulation of the parties, the court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through February 16, 2006.

DATED: 1/11/2006

_____
DAVID F. LEVI
United States District Judge