```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751                    OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-05-0451 DFL |
| )  Plaintiff, ) | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCE |
| v. ) | |
| CEDRICK BERNARD DINKINS, and ) DEMORIEA CORNELL BARKER, ) | |
| Defendants. ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Cedrick DINKINS, by his counsel, Michael Bigelow, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of August 31, 2006, at 10:00 a.m. should be continued to September 21, 2006, at 10:00 a.m.

Dated: August 25, 2006          /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney


Dated: August 25, 2006          /s/Jason Hitt
                                Telephonically authorized to
                                sign for Mr. Bigelow on 8-25-06
                                MICHAEL BIGELOW, Esq.
                                Counsel for DINKINS

1  _____

2  **ORDER**

3  Based upon the representations by counsel and the
4  stipulation of the parties, IT IS HEREBY ORDERED that the
5  judgement and sentencing date of August 31, 2006, at 10:00 a.m.,
6  is CONTINUED to September 21, 2006, at 10:00 a.m.

7

8  IT IS SO ORDERED.
9  Date: 8/28/2006

10
11
12  _____
    DAVID F. LEVI
13  United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28