## NON-JUDICIAL COMPLIANCE HEARING

**Honorable John A. Mendez**
**United States District Judge**
**Sacramento, California**


**RE:**            Cedrick Bernard Dinkins
**DOCKET NUMBER:**    0972 2:05CR00451-001

---

**REASON FOR THE HEARING:** On September 17, 2015, a Non-Judicial Compliance Hearing was held at the U.S. Probation Office. The meeting was attended by the offender, his defense counsel, the probation officer, and probation officer supervisor. The meeting was held at the request of the probation officer to discuss the offender's behavior on supervision since the filing of the violation petition on June 4, 2015, and to discuss alternatives to revocation of supervision. This memo outlines the hearing and the expectations of the offender on supervision for the next few months. In addition, it is requested the violation hearing be continued to January 12, 2016.

The current petition alleges violations for failing to report a change in residence, failing to participate in counseling, and failing to submit monthly reports as instructed. Since June 4, 2015, the offender has confirmed his current address, submitted his monthly reports in a timely manner, and fully participated in his Moral Reconation Therapy (MRT) class, achieving Step 4 as of the date of the meeting. However, his impulsive behavior in the community, specifically in relation to the mother of his child, his infant son, and her other minor children, has been noticed by the probation officer, local law enforcement, and Child Protective Services (CPS). Currently, there is an active restraining order against the offender restricting contact with his former paramour and his infant son. The offender admits he has not sought relief for this restraining order, or any other remedies, in order to have appropriate and legal contact with his infant son. Although no formal charges have been filed against the offender for his behavior, much of it is documented through online police reports, CPS investigations, and private security companies in at least two locations. Similar behavior was documented in March 2015 which resulted in a modification of conditions for participation in a Cognitive Behavioral Treatment Program.

Although the offender has reconciled the violations in the petition now pending before the Court, it does not excuse his past violation behavior as alleged in the petition. Because the offender has improved his response to supervision, albeit with the underlying concerns about his impulsive behavior toward others, the parties have agreed to the following supervision directives for the offender to follow:

**AGREEMENT:**

1. The offender agrees to communicate with the probation officer by phone, by text, or in person, his physical location, if he sleeps at a residence not listed as his official residence. His official residence is the apartment he shares with his current girlfriend.

2. The offender agrees to take steps to make appearances at Family Court in order to secure visitation and resolve the issues surrounding the welfare of his infant son.

3. The offender agrees to contact the MRT facilitators and the probation officer in advance or as soon as reasonably possible by phone, by text, or in person, to be excused from any expected absences from MRT, and to provide documentation for his missing class.

4. The offender agrees to abide by the parameters of any restraining orders by (a) not having unauthorized contact with Shatoya Higgs by phone, by text, or in person, and (b) not having unauthorized contact with his infant son, until the issues of the restraining order are resolved and the restraining order is withdrawn or dismissed.

5. The offender agrees to actively explore options available to him in the community for anger management, impulse control, or other similar mental health counseling (for instance parenting classes).

**CONCLUSION:**   The parties agree that these directives should be followed with the current violation petition held in abeyance. Therefore, the parties request that the current violation hearing set for October 13, 2015, be continued to January 12, 2016, at 9:15 a.m.

Submitted by:

/s/ Dayna D. Ward
**DAYNA D. WARD**
Sr. United States Probation Officer

Date:   October 1, 2015
        Roseville, California
        DDW:cd

REVIEWED BY:           /s/ Michael A. Sipe
                       **MICHAEL A. SIPE**
                    Supervising United States Probation Officer

## ORDER OF THE COURT

☒  Approved  ☐  Disapproved

| | |
|---|---|
| October 1, 2015 | /s/ John A. Mendez |
| Date | John A. Mendez |
| | U.S. District Judge |

CC: CUSPO
Sean Riordan, Assistant Federal Defender (sean_riordan@fd.org)
Rosanne Rust, Assistant United States Attorney (roseanne.rust@usdoj.gov)